Commonwealth *v.* Sciandra, Appellant.

Submitted June 10, 1969. *Frank J. McDonnell,* Assistant Public Defender, for appellant; *Harry P. O'Neill,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below dismissing appellant's petition under the Post Conviction Hearing Act is vacated and the case remanded for

752

a hearing on the issue of the validity of the guilty pleas raised by the petition.

WRIGHT, P. J., would affirm the order of the court below.